**No. 44680.**—Protest 8424–K of S. J. Kelly Co. (San Francisco).

Opinion by KEEFE, J.   On the record presented the protest was overruled.

BEFORE THE THIRD DIVISION, NOVEMBER 4, 1940

**No. 44681.**—Protest 999496–G of Lulis Corp. (New York).

Opinion by CLINE, J.   No evidence having been offered in support of the claim made the protest was overruled.

**No. 44682.**—Protests 873002–G, etc., of Chas. Scribners Sons (New York).

Opinion by CLINE, J.   The protests were submitted without the introduction of evidence in support of the claims made.   On the record presented they were overruled.

**No. 44683.**—Protest 584829–G of Antonio Romano (New York).

Opinion by CLINE, J.   No evidence was offered in support of the claims made. The protest was therefore overruled.

OCTOBER 28, 1940

**No. 44684.**—————————————————————Protest 997824–G of Ernest E. Marks Co. C. D. 338.   Application by Government for rehearing denied, Keefe, J., dissenting.

BEFORE THE FIRST DIVISION, NOVEMBER 6, 1940

**No. 44685.**—Protests 535530–G, etc., of A. Hirschberger (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise is similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.